IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

QUINCY SMOTHERS                                                                    PLAINTIFF

V.                                                       CIVIL ACTION NO. 2:09cv123-KS-MTP

PENNY BUFKIN, ET AL.                                                          DEFENDANTS

## ORDER

THIS MATTER is before the court on the Plaintiff's Motion for Leave to file Reply to Defendants' Answer [10]. Having considered the motion and the applicable law, the court finds that the Motion [10] should be DENIED.

In his Motion [10], Plaintiff seeks leave to file a reply to Defendants' Answer [9]. Such pleading is not required under the Federal Rules of Civil Procedure,[1] and the court finds a reply to Defendants' Answer unnecessary in this case. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion [10] is DENIED.

SO ORDERED this the 21st day of August, 2009.

                                                                    s/ Michael T. Parker
                                                                    United States Magistrate Judge

---

[1] Only the following pleadings are allowed under the Federal Rules: "(1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) **if the court orders one, a reply to an answer**." Fed. R. Civ. P. 7(a) (emphasis added).